

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Carlos Jimenez,

\* From the 42nd District Court
  of Taylor County
  Trial Court No. 26124A.

Vs. No. 11-17-00065-CR

\* July ___, 2018

The State of Texas,

\* Memorandum Opinion by Willson, J.
  (Panel consists of: Willson, J.,
  Bailey, J., and Wright, S.C.J.,
  sitting by assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.